UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>BILLY MORRIS BRITT,<br><br>                Defendants. | Case No. MJ 08-526<br><br>DETENTION ORDER |

Offense charged:

    Wire Fraud and Aggravated Identification Theft.

Detention Hearing: November 25, 2008.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant is charged with offenses spanning four years and involving millions of dollars in losses. The offenses involve co-conspirators in this state and other states including Oregon and Georgia. Defendant has prior criminal history involving fraud and theft. The

DETENTION ORDER -1

government proffered defendant committed some of the crimes alleged in the complaint while he was on federal supervision for a prior fraud related conviction.

(2) The defendant was arrested in October 2008. The government proffered that defendant fled from security officers after attempting to make purchases of high-end electronic equipment using stolen credit card information. Defendant was arrested after being found hiding in a pile of sand. Police subsequently searched a car associated with the defendant and found a printer capable of making false identifications and paperwork connecting the defendant to his co-defendant Mr. Jang.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 25th day of November, 2008.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -2